

Alexandria City Public Schools

1340 Braddock Place
Alexandria, Virginia 22314

Telephone: (703) 619-8000
Facsimile: (703) 619-8090
TTY: 711 (Virginia Relay)
www.acps.k12.va.us

**Superintendent**
Alvin L. Crawley, Ed.D.

**School Board**

**Chair**
Karen A. Graf

**Vice Chair**
Christopher J. Lewis

**Members**
Kelly C. Booz
Ronnie Campbell
William E. Campbell
Patricia Ann Hennig
Stephanie A. Kapsis
Justin P. Keating
Marc Williams

William G. Truesdale Adult Detention Center
2001 Mill Road
Alexandria, VA 22314

December 1, 2015

Honorable Gerald Bruce Lee
Judge
United States District Court Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Honorable Gerald Bruce Lee:

Edgar Hernandez is currently enrolled in the GED program at the William G. Truesdale Adult Detention Center in Alexandria, VA. He has been participating in the program since August 10, 2015. Since entering the program, Mr. Hernandez has completed 150 hours of in-class time, along with working on assignments outside of the classroom setting. Mr. Hernandez has taken the Science portion of the GED Exam and is scheduled to take two more tests December 14 and 15, 2015.

GED classes are offered to those housed in the detention center. The classes are designed to help prepare those who have yet to earn a high school diploma or GED. The classes cover the four content areas of the GED exam: Reasoning through Language Arts, Science, Social Studies and Mathematics.

Please feel free to contact me if you require further information.

Sincerely,

Krista M Sofonia, M.A., NCC
Inmate Education Coordinator
Phone: 703-746-5107
Email: krista.sofonia@alexandriava.gov